AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

OCT 30 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ganiyu Abayomi Jimoh | ) | Case No. |
| | ) | |
| | ) | H19-2036M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 7, 2019 and continuing__ in the county of __Brazos__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1543 | Forgery or False Use of a Passport |

This criminal complaint is based on these facts:

See attached Affidavit of US Postal Inspector A.K. Shadowens

☑ Continued on the attached sheet.

_____
Complainant's signature

AK Shadowens, US Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/30/19

City and state: Houston, Texas

_____
Judge's signature

Peter Bray  U.S.M.J
Printed name and title

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

OCT 30 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ganiyu Abayomi Jimoh | ) | Case No. H19-2036M |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 7, 2019 and continuing** in the county of **Brazos** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1543 | Forgery or False Use of a Passport |

This criminal complaint is based on these facts:

See attached Affidavit of US Postal Inspector A.K. Shadowens

☑ Continued on the attached sheet.

_____
*Complainant's signature*

AK Shadowens, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/30/19

City and state: Houston, Texas

_____
*Judge's signature*

Peter Bray  U.S.M.J
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Your Affiant, A.K. Shadowens, is employed as a federal law enforcement officer by the United States Postal Inspection Service. Affiant has been employed as a federal law enforcement officer since 2013 and is assigned to the Financial Crimes team in the Houston Division of the United States Postal Inspection Service. Affiant is responsible for conducting and has conducted many investigations into fraud, identity theft, and related "white collar" types of offenses. Affiant is a Certified Fraud Examiner and has received training in numerous Postal crimes, but primarily those involving "identity theft" and mail fraud related offenses. Affiant is authorized to obtain and execute Federal arrest and search warrants.

2. The information contained within this Affidavit is based upon information your Affiant has gained from his investigation, personal observations, training and experience, and/or information provided to your Affiant by other Postal Inspectors, law enforcement officers and/or agents, and fraud investigators.

3. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of Affiant's knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and states described in this Affidavit are in substance and in part only.

4. Affiant knows from training and experience that a "romance scam" is a confidence trick fraud during which fraudsters create fake online profiles to take advantage of individuals looking for romantic partners by feigning romantic intentions towards a victim on dating websites, apps, or social media, gaining the victim's affection and using that goodwill to commit fraud by obtaining access to the victim's money, bank accounts, credit cards, passports, e-mail accounts, or personal identifying information.

5. Affiant solemnly swears and has reason to believe and does believe that **GANIYU ABAYOMI JIMOH**, an African-American male, date of birth March 22, 1993 (hereinafter referred to as "**DEFENDANT**") on or about May 7, 2019 and September 11, 2019, in the Southern District of Texas, and elsewhere, did willfully and knowingly use, or attempt to use, a false, forged, counterfeited, mutilated, or altered passport in violation of Title 18, United States Code, Section 1543 (Forgery or False Use of a Passport).

6. On or about October 10, 2019, Affiant was contacted by Dawn Hardwick, whom Affiant knows to be an investigator with JP Morgan Chase Bank and finds to be reliable and credible. Hardwick advised she had identified two (2) Chase Bank accounts opened with counterfeit passports, which Affiant later found had received funds from reported fraudulent activity. Hardwick provided supporting documents, which Affiant reviewed and found the following:

## Chase Bank Accounts 5817 and 2850 – Denzel Zulu

7. On or about May 7, 2019, Chase Bank checking account ending in 5817 and Chase Bank savings account ending in 2850 were opened by **DEFENDANT** posing as Denzel Zulu at the Chase Bank located at 2000 Texas Avenue South, College Station, Texas 77840, located within the Southern District of Texas. At the time of account opening **DEFENDANT** presented a counterfeit passport in the name of Denzel Zulu purporting to have been issued by the Republic of Kenya, which is seen below.



8. Affiant found from a review of information provided by Hardwick that on or about September 3, 2019 at the Chase Bank located at 14400 Memorial Drive, Houston, TX 77079 an approximate $65,000.00 cashier's check payable to Denzel Zulu was deposited into the Chase account ending in 5817. Affiant was able to determine that Victim P.S., a resident of Ohio, had purchased the cashier's check. On or about October 25, 2019, Affiant spoke with Victim P.S. and learned that she had an online boyfriend, whom she has never met in-person, using the name "David Miller" and she was led to believe "Miller" was a U.S. soldier in Afghanistan. Victim P.S. further advised that she and "Miller" planned to purchase real estate upon "Miller's" return to the U.S., and the approximate $65,000.00 cashier's check was to serve as a down payment for the real estate. Victim P.S. stated Miller led her to believe Denzel Zulu was an attorney that was assisting with the purchase of the real estate, and she purchased the cashier's check and mailed it to Zulu at a Houston, TX address under these false pretenses.

9. On or about September 16, 2019, Chase Bank surveillance cameras captured **DEFENDANT** conducting an approximate $3,000.00 withdrawal from the Zulu account

ending in 2850 at a Chase ATM located 15840 FM 529, Houston, Harris County, Texas 77095. An ATM surveillance image of **DEFENDANT** conducting this transaction is seen below.



10. Affiant made contact with Special Agent Katherine Langston, whom Affiant knows to be employed as a Special Agent with the U.S. Diplomatic Security Service and knows to be reliable and credible. SA Langston advised Affiant that there is no record of any individual entering the United States with the above-described Kenyan passport in the name of Denzel Zulu.

### Chase Bank Accounts 1316 and 9222 – Mikel Johnson

11. On or about September 11, 2019, Chase Bank checking account ending in 1316 and Chase Bank savings account ending in 9222 were opened by **DEFENDANT** posing as Mikel Johnson at the Chase Bank located at 2335 Boonville Road, Bryan, Texas 77808, located within the Southern District of Texas. At the time of account opening, **DEFENDANT** presented a counterfeit passport in the name of Mikel Johnson purporting to have been issued by the Republic of Senegal, which is seen below.



12. Affiant learned from a review of information provided by Hardwick that on or about September 11, 2019, at the Chase Bank located at 2335 Boonville Road, Bryan, TX 77808 and approximate $26,800.00 personal check written on the account of Victim P.S. was deposited into the Johnson account ending in 9222. In Affiant's October 25, 2019 conversation with Victim P.S., Affiant was advised "Miller" had led her to believe Mikel Johnson was also assisting in some capacity with the purchase of real estate, and these funds were mailed to Mikel Johnson at an address in Houston, TX for this false purpose.

13. On or about September 14, 2019, Chase Bank surveillance cameras captured **DEFENDANT** conducting an approximate $9,500.00 withdrawal from the Johnson account ending in 9222 at a Chase branch located at 2900 W Grand Parkway N, Katy, Harris County, Texas 77449. An ATM surveillance image of **DEFENDANT** conducting this transaction is seen below.



14. SA Langston advised Affiant that there is no record of any individual entering the United States with the above-described Senegalese passport in the name of Mikel Johnson.

15. On or about October 16, 2019, Hardwick advised she had identified phone number 281-310-7066 as being associated to the Zulu account. Hardwick stated that according to Chase records, this phone number was also associated to **DEFENDANT'S** true name Chase Bank account. Affiant researched the phone number through the CLEAR law enforcement database and found it is associated to **DEFENDANT**.

16. Affiant obtained the known Texas driver's license image of **DEFENDANT**, which is seen below. Hardwick provided Affiant with still surveillance images of **DEFENDANT** conducting transactions on his true name account, one of which is seen below. Affiant further obtained a known immigration photograph from SA Langston of **DEFENDANT**, seen below. Affiant reviewed these images in comparison to the bank and ATM surveillance images above, as well as the images on the counterfeit passports. Affiant believes and has reason to believe the individual seen in the images posing as Denzel Zulu and Mikel Johnson is **DEFENDANT**, Ganiyu Abayomi Jimoh.



17. Based upon the foregoing, Affiant believes there is probable cause that **GANIYU ABAYOMI JIMOH** has committed crimes in violation of Title 18, United States Code, Section 1543 (Forgery or False Use of a Passport).

                                                                                          _____
                                                                                          A.K. Shadowens
                                                                                          United States Postal Inspector

Sworn and Subscribed to me this 30 day of October, 2019 and I find probable cause.

                                                                                          _____
                                                                                          Peter Bray
                                                                                          United States Magistrate Judge
                                                                                          Southern District of Texas